UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYLEY BLANDIN ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RJA CAPITAL, INC. ) <br> and DOES 1-10, inclusive, ) <br>     Defendant, ) <br> ) <br> ) | Civil Action No. <br><br> 1:13-CV-00259 |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice and each party to bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED,

Dated: May 23, 2013
                                            s/Kevin J. Buckley, Jr., Esq.
Attorney for Plaintiff
Consumer Rights Law Firm, PLLC
300 Brickstone Square, Suite 902
Andover, MA 01810
Telephone: (978) 212-3300
Facsimile: (888) 712-4458
attorneykevinb@consumerlawfirmcenter.com

### CERTIFICATE OF SERVICE

I, Kevin J. Buckley, Jr., Esq., certify that a true and correct copy of the foregoing was sent this day to Defendant's attorney by electronic mail and is also accessible by the court's electronic filing system.

/s/Kevin J. Buckley, Jr.
Kevin J. Buckley, Jr., Esq.